# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JET MIDWEST INTERNATIONAL CO., LTD., | )<br>) |
| Plaintiff / Judgment-Creditor, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| Judgment-Debtor JET MIDWEST GROUP, LLC, PAUL KRAUS, KAREN KRAUS, F. PAUL OHADI in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity, the F. PAUL OHADI TRUST DATED DECEMBER 15, 1999, KENNETH M. WOOLLEY, and JET MIDWEST, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    5:2018-cv-06019-FJG |
| Defendants. | )<br>)<br>) |
| PMC AVIATION 2012-1, LLC | )<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| JET MIDWEST, INC., F. PAUL OHADI, in his individual capacity and as the trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 (the "Ohadi Trust"), and KENNETH M. WOOLLEY, | )<br>)<br>)<br>)<br>)<br>) |
| Cross-Defendants. | )<br>) |

## PLAINTIFF'S NOTICE OF FED. R. CIV. P. 30(b)(6) DEPOSITION OF DESIGNEE OF ASSOCIATED ENERGY GROUP, LLC

NOTICE IS HEREBY GIVEN THAT Plaintiff / Judgment-Creditor Jet Midwest International Co., Ltd. ("JM International") will take the deposition of a designated representative of Associated Energy Group, LLC ("AEG") pursuant to Fed. R. Civ. P. 30(b)(6) regarding the topics enumerated below on **February 22, 2019 at 9:00 a.m. (Eastern).** The deposition will take

place at the offices of Pillsbury Winthrop Shaw Pittman LLP, 600 Brickell Ave., Suite 3100, Miami, FL 33131 before a Notary Public or some other person authorized by law to administer oaths and will be recorded by stenographic means.  Oral examination will continue from day-to-day until completed, or at a later date mutually agreed upon by the parties until completed.

AEG shall designate one or more officers, directors, managing agents or other persons who consent to testify on AEG's behalf, as to each of the following matters:

## DEPOSITION TOPICS

1. Jet Midwest Group, LLC's performance and/or non-performance of its obligations under the Continuing Corporate Guaranty dated April 25, 2016.

2. The letter to Jet Midwest Group, LLC, titled "RE: NOTICE OF INTENT TO FILE AIRCRAFT LIENS – N253MY, N531AU, N740JM, N796JM, N917XA" dated March 15, 2017.

Date: February 14, 2019

Respectfully submitted,

By: /s/ Brian L. Beckerman
Brian Louis Beckerman
Eric Epstein
Geoffrey Sant
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039
Tel.: 212-858-1000
Email: brian.beckerman@pillsburylaw.com
Email: eric.epstein@pillsburylaw.com
Email: geoffrey.sant@pillsburylaw.com

*Attorneys for Jet Midwest International Co., Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

                                      /s/ Brian L. Beckerman
                                      *Attorney for Jet Midwest International Co., Ltd.*