IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| JET MIDWEST INTERNATIONAL CO., LTD., <br><br> Plaintiff/Judgment-Creditor, <br><br> vs. <br><br> Judgment-Debtor JET MIDWEST GROUP, LLC, PAUL KRAUS, KAREN KRAUS, F. PAUL OHADI in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity, the F. PAUL OHADI TRUST DATED DECEMBER 15, 1999, KENNETH M. WOOLLEY, JET MIDWEST, INC., KMW BUSINESS JETS, LLC and ALTA AIRLINES HOLDINGS, LLC, <br><br> Defendants. <br> ------------------------------------------------------------ <br> PMC Aviation 2012-1, LLC <br><br> Intervenor Defendant, <br><br> vs. <br><br> JET MIDWEST, INC., F. PAUL OHADI, in his individual capacity and as the trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 (the "Ohadi Trust"), and KENNETH M. WOOLLEY, KMW BUSINESS JETS, LLC, and ALTA AIRLINES HOLDINGS, LLC. <br><br> Defendants. | 5:2018-cv-06019-FJG |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, counsel for Jet Midwest International Co., Ltd. served the reports and disclosures of Jet Midwest International Co., Ltd. experts Joseph A.

DiSalvatore, David Tokoph, and Ken Yormark. Service was made via electronic mail to the following counsel:

Bradley Gardner: BGardner@Polsinelli.com

Adam Gasper: agasper@mcdowellrice.com

Kelsey Hodgdon: khodgdon@polsinelli.com

Clint Morse: CMORSE@brookspierce.com

Teresa Pilatowicz: tpilatowicz@Gtg.legal

Erika Turner: eturner@Gtg.legal

Dated: June 3, 2019

Respectfully Submitted,

By: */s/* Carrie Phillips
Ari Berman
Geoffrey Sant
Michelle Ng
Carol Lee
Daryl L. Kleiman
31 West 52nd Street
New York, NY 10019-6131
Tel: 212-858-1000
Email: eric.epstein@pillsburylaw.com
Email: geoffrey.sant@pillsburylaw.com
Email: ari.berman@pillsburylaw.com
Email: michelle.ng@pillsburylaw.com Email: carol.lee@pillsburylaw.com
Email: daryl.kleiman@pillsburylaw.com

*-and-*

Daniel E. Blegen Mo. Bar #47276
Carrie Phillips Mo. Bar #69278
German May PC 1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Tel.: 816-471-7700
Email: danb@germanmay.com
Email: carriep@germanmay.com
*Attorneys for Jet Midwest International Co., Ltd.*

## Certificate of Service

I hereby certify that on June 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record for this case.

/s/ Carrie Phillips
*Attorney for Jet Midwest International Co., Ltd.*